IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CANDICE L. MILARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. CIV-20-275-C |
| | ) |
| STATE OF OKLAHOMA, ex rel., | ) |
| OKLAHOMA ATTORNEY GENERAL, | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendant's Motion for Summary Judgment should be granted, and judgment is therefore entered on behalf of Defendant and against Plaintiff.

DATED this 2nd day of March 2021.

_____
ROBIN J. CAUTHRON
United States District Judge